IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVIS A. MESKO, #286587, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:14-cv-169-MEF |
| | )            WO |
| VENTRESS CORRECTIONAL | ) |
| FACILITY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.    Without objection,[1] the Recommendation of the Magistrate Judge (Doc. #5) entered on March 19, 2014 is adopted;

2.    Plaintiff's claims against Ventress Correctional Facility are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and Ventress Correctional Facility is DISMISSED as a party to this complaint.

3.    This case, with respect to the remaining defendants, is referred back to the United States Magistrate Judge for additional proceedings.

---

[1]  The Court notes that Plaintiff filed a response to the Magistrate Judge's Report and Recommendation (Doc. #11). This response, however, was not an objection the Magistrate Judge's Report and Recommendation, but rather an agreement with its conclusions.

DONE this the 8th day of May, 2014.

                                                /s/ Mark E. Fuller  
                                    UNITED STATES DISTRICT JUDGE