IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRAVIS A. MESKO, #286587, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:14-cv-169-WKW |
| | )           WO |
| J. JACKSON, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

On October 14, 2014, the Magistrate Judge filed a Recommendation (Doc. #36) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE this 10th day of November, 2014.

                                                 /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE